# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 30, 2023

## NO. 03-21-00602-CV

**Alexander Sonnenschein, Appellant**

**v.**

**Augustin Rivera, Jr.; Teresa Ereon Giltner; Harold Odom; Barbara Ellis; Anna M. McKim; Cynthia Eva Hujar Orr; C. Alfred Mackenzie; Dwaine M. Massey; and Carlos R. Soltero; In Their Official Capacities as Members of the Texas Board of Law Examiners, Appellees**

---

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE SMITH**

---

This is an appeal from the judgment signed by the trial court on November 15, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the portion of the trial court's judgment related to appellant's claims for violations of his rights to equal protection; we affirm the trial court's judgment granting the appellees' plea to the jurisdiction and rendering judgment in their favor in all other respects. We remand the cause to the trial court to allow appellant an opportunity to amend his pleadings to invoke the trial court's subject-matter jurisdiction and for

further proceedings consistent with this Court's opinion. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.